```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRISTOPHER S. HALES
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```



**FILED**

FEB 27 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00036 DAD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] DAD ORDER TO CONTINUE INITIAL APPEARANCE |
| v. | |
| BLYTHE ERIN HURD, | |
| Defendant. | |

The United States and the defendant, by and through their respective undersigned counsel, hereby stipulate and jointly request that the initial appearance currently set for February 28, 2012 at 10 a.m. be reset for March 7, 2012 at 10 a.m. The defendant requests the initial appearance be continued an additional week for medical reasons. The government has reviewed

//
//
//
//
//
//

Stip. and [Proposed] Order                    U.S. v. Hurd 2:12-cr-036 DAD

documentation provided by defense counsel and is satisfied that an additional one week delay is justified for medical reasons.

Dated: February 27, 2012       Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Christopher S. Hales
                                              CHRISTOPHER S. HALES
                                              Special Assistant U.S. Attorney

Dated: February 27, 2012       DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Linda Harter
                                              LINDA HARTER
                                              Assistant Federal Defender


ORDER

IT IS SO ORDERED.

Dated: 2/27/12

                                              HON. DALE A. DROZD
                                              United States Magistrate Judge